# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Nicholas Scott Ingram Hofer<br><br>*Defendant* | )<br>) Case: 1:24-mj-00261<br>) Assigned to: Judge Harvey, G Michael<br>) Assign Date: 8/20/2024<br>) Description: COMPLAINT W/ ARREST WARRANT<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Nicholas Scott Ingram Hofer__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. § 231(a)(3)- Civil Disorder;
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings.

Date: __08/20/2024__

*Issuing officer's signature*

City and state:     __Washington, D.C.__     __G. Michael Harvey, U.S. Magistrate Judge__
*Printed name and title*

---

### Return

This warrant was received on *(date)* __8/20/2024__, and the person was arrested on *(date)* __8/28/2024__
at *(city and state)* __Indianapolis, Indiana__.

Date: __8/28/2024__

*Arresting officer's signature*

__Ashley Harrison, Special Agent__
*Printed name and title*