UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NICHOLAS SCOTT INGRAM HOFER,<br><br>Defendant. | Case No. 24-MJ-261 (GMH) |

### ORDER

Pursuant to the government's amended motion, ECF No. 21, it is hereby ordered that the Motion to Dismiss the Complaint with Prejudice Pursuant to Fed. R. Crim. P. 48(a) is GRANTED.

SO ORDERED this 21st day of January 2025.

HONORABLE JAMES E. BOASBERG
Chief Judge